

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE SCOTTS COMPANY LLC,<br>an Ohio Limited Liability<br>Company,<br><br>    Plaintiff,<br><br>v.<br><br>PENNINGTON SEED, INC.,<br>a Delaware Corporation,<br><br>    Defendant. | Civil Action No.: 3:14-cv-248<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, The Scotts Company LLC, through its undersigned counsel, hereby voluntarily dismisses this action without prejudice. Defendant has not been served with the Complaint, nor have they Answered the Complaint.

It is SO ORDERED.

/s/
James R. Spencer
Senior U. S. District Judge

ENTERED this 3rd day of June 2014.